**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
GENARO LUNA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | No. Cr.S-07-571 GEB | |
| ) | | |
| Plaintiff ) | STIPULATION AND PROPOSED ORDER | |
| ) | CONTINUING SENTENCING | |
| v. ) | | |
| ) | Date: May 8, 2009 | |
| GENARO LUNA, ) | Time: 9:00 AM | |
| ) | Court: GEB | |
| Defendant ) | | |
| ) | | |

   IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Friday February 27, at 9:00 AM, for sentencing be rescheduled for May 8, 2009 at 9:00 AM for sentencing.

   It is further agreed and stipulated that informal objections to the PSR shall be filed no later than, April 10, 2009, and that formal objections shall be filed no later than April 24, 2009.

   This stipulation and agreement is entered into for the following reasons: Scheduling problems have made it difficult to

-1-

1  meet with the client and with probation to conduct the probation
2  interview.
3
4      **IT IS SO STIPULATED**
5
6
7      Dated: February 26, 2009    /S/ MICHAEL B. BIGELOW
                                              Michael B. Bigelow
8                                                Attorney for Defendant
9
10
11     Dated: February 26, 2009    /S/PHIL FERRARI
                                              Phil Ferrari, AUSA
12
13 **IT IS SO ORDERED**
14 DATED:  February 26, 2009
15
16
17                             GARLAND E. BURRELL, JR.
                            United States District Judge
18
19
20
21
22
23
24
25