1  **MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
2  428 J Street, Suite 350
Sacramento, California 95814
3  Telephone: (916) 443-0217

4  Attorney for Defendant
GENARO LUNA

5

6                    **UNITED STATES DISTRICT COURT**

7                  **EASTERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA      )    No. Cr.S-07-571 GEB
                                )
10            Plaintiff          )    STIPULATION AND PROPOSED ORDER
                                )    CONTINUING SENTENCING
11        v.                     )
                                )    Date:    Dec. 4, 2009
12  GENARO LUNA,                 )    Time:    9:00 AM
                                )    Court:   GEB
13            Defendant          )
   _____)

14

15      IT IS HEREBY STIPULATED AND AGREED by the parties through

16  their respective attorneys that the above referenced matter,

17  calendared for Friday November 20, at 9:00 AM, for sentencing be

18  rescheduled for December 4, 2009 at 9:00 AM for sentencing.

19      This stipulation and agreement is entered into for the

20  following reasons: Undersigned counsel for defendant is to

21  undergo a medical procedure on November 18, 2009 which will

22  cause him to be unavailable on Friday November 20, 2009.

23

24

25

                                -1-

**IT IS SO STIPULATED**

Dated: November 18, 2009        /S/ MICHAEL B. BIGELOW
                                Michael B. Bigelow
                                Attorney for Defendant


Dated: November 18, 2009        /S/PHIL FERRARI
                                Phil Ferrari, AUSA

**IT IS SO ORDERED**

November 24, 2009

                                GARLAND E. BURRELL, JR.
                                United States District Judge