**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
GENARO LUNA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | No. Cr.S-07-571 GEB | |
| ) | | |
| Plaintiff ) | STIPULATION AND PROPOSED ORDER | |
| ) | CONTINUING SENTENCING | |
| v.  ) | | |
| ) | Date: Dec. 4, 2009 | |
| GENARO LUNA, ) | Time: 9:00 AM | |
| ) | Court: GEB | |
| Defendant ) | | |
| ) | | |

   IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Friday November 20, at 9:00 AM, for sentencing be rescheduled for December 4, 2009 at 9:00 AM for sentencing.

   This stipulation and agreement is entered into for the following reasons: Undersigned counsel for defendant is to undergo a medical procedure on November 18, 2009 which will cause him to be unavailable on Friday November 20, 2009.

-1-

1 **IT IS SO STIPULATED**

4   Dated: November 18, 2009          /S/ MICHAEL B. BIGELOW
                                      Michael B. Bigelow
                                      Attorney for Defendant

8   Dated: November 18, 2009          /S/PHIL FERRARI
                                      Phil Ferrari, AUSA

10 **IT IS SO ORDERED**

12 November 24, 2009                  _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge