UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   v.<br>GENERO LUNA,<br>        Defendant. | No. 2:07-cr-00571-GEB-5<br><br>**ORDER** |

      On August 11, 2014, Defendant filed, in pro per, a Motion for Reduction and/or Modification of his Sentence under 18 U.S.C. § 3582(c)(2). (ECF No. 367.) In essence, Defendant argues the post-sentencing reduction of his base offense level by two levels and his rehabilitation efforts justify a reduction and/or modification of his sentence.

      The government is requested to file a written response to Defendant's motion as soon as practicable.

Dated: September 4, 2014

                                                                 GARLAND E. BURRELL, JR.
                                                                  Senior United States District Judge