HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GENARO LUNA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GENARO LUNA,<br><br>　　　　　Defendant. | No.  Cr. S 07-cr-571 GEB<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable GARLAND E. BURRELL, JR. |

　　　　Defendant, GENARO LUNA, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On February 12, 2010, this Court sentenced Mr. Luna to a term of 136 months imprisonment;

　　　　3.　　Mr. Luna's total offense level was 35, his criminal history category was III, and the resulting guideline range was 210 to 262 months. He received a reduction off the low-end of the guideline range on the government's motion;

4.  The sentencing range applicable to Mr. Luna was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.  Mr. Luna's total offense level has been reduced from 35 to 33, and his amended guideline range is 168 to 210 months.  A reduction comparable to the one he received initially yields a term of 109 months.  However, Mr. Luna is subject to the statutory mandatory minimum of 120 months;

6.  Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Luna's term of imprisonment to a total term of 120 months.

Respectfully submitted,

| Dated:  August 12, 2015 | Dated:   August 12, 2015 |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *Hannah R. Labaree*<br>HANNAH R. LABAREE<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>GENARO LUNA |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Luna is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 168 to 210 months. A reduction comparable to the one received initially, limited by operation of the mandatory minimum, yields a term of 120 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in February 2010 is reduced to a term of 120 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Luna shall report to the United States Probation Office within seventy-two hours after his release.

Dated: August 12, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge